# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA FENNELL-QUTOB | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GC SERVICES, LIMITED PARTNERSHIP | : | |
| | : | |
| Defendant. | : | NO. 14-1166 |

## O R D E R

**AND NOW, TO WIT:** this 16th day of April, 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; hence, the Initial Pretrial Conference scheduled for April 29, 2014 at 11:00 a.m. is cancelled.

**MICHAEL E. KUNZ**, Clerk of Court


S/Rose A. Barber
Rose A. Barber
Deputy Clerk to
Judge Gene E.K. Pratter

Copies forwarded by ECF to:
Cynthia Z. Levin
Richard J. Perr
Jennifer Tatum Root